Exhibit "A"

SUPREME COURT OF THE STATE OF NEW YORK  Date filed with Court: ___/___/20
COUNTY OF SUFFOLK
-------------------------------------------------------------X
GEORGE MAZZELLA,                                  Index No.:

                        Plaintiff,          **SUMMONS**

     -against-                                 Plaintiff designates Suffolk
                                                  County as the place of trial.
TARGET CORPORATION,
                                                  The basis of venue is Plaintiff's
                       Defendant.         residence in Suffolk County, NY.
-------------------------------------------------------------X

*TO THE ABOVE NAMED DEFENDANT:*

    YOU ARE HEREBY SUMMONED to answer the complaint in this action and to serve a copy of your answer, or if the complaint is not served with this summons, to serve a notice of appearance on the Plaintiff's attorney within twenty (20) days after the service of this summons, exclusive of the day of service or within thirty (30) days after the service is complete if this summons is not personally delivered to you within the State of New York; and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

Dated: October 22, 2019
       Merrick, New York

                                      ROBERT K. YOUNG & ASSOCIATES, P.C.
                                      Attorneys for Plaintiff
                                      2284 Babylon Turnpike
                                      Merrick, New York 11566
                                      (516) 826-8938

**Defendant's Address:**
TARGET CORPORATION: Attn.: CT Corporation System: 111 Eighth Avenue, New York, New York 10011.

FILED: SUFFOLK COUNTY CLERK 10/23/2020 10:25 AM
NYSCEF DOC. NO. 1

Case 2:21-cv-02196 Document 1-2 Filed 04/21/21 Page 3 of 8 PageID #: 8
INDEX NO. 615984/2020
RECEIVED NYSCEF: 10/23/2020

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF SUFFOLK
-----------------------------------------------------------------X
GEORGE MAZZELLA,                           Index No.:

                        Plaintiff,        **VERIFIED COMPLAINT**

         -against-

TARGET CORPORATION,

                        Defendant.
-----------------------------------------------------------------X

      Plaintiff, GEORGE MAZZELLA, by and through his attorneys, ROBERT K. YOUNG & ASSOCIATES, P.C., as and for his Verified Complaint states the following:

      1.     At all times herein mentioned, Plaintiff, GEORGE MAZZELLA, was and still is a resident and domiciliary of Suffolk County, New York.

      2.     At all times herein mentioned, upon information and belief, Defendant, TARGET CORPORATION, owned the premises and its appurtenances situate at 160 North Research Place, Central Islip, New York 11722 (hereinafter referred to as the "Premises").

      3.     At all times herein mentioned, upon information and belief, Defendant, TARGET CORPORATION, was and still is a foreign corporation licensed to do business in the State of New York.

      4.     At all times herein mentioned, upon information and belief, Defendant TARGET CORPORATION, was and still is a domestic corporation and maintained an office for the conduct of its business at the subject Premises.

      5.     At all times herein mentioned, upon information and belief, Defendant, TARGET CORPORATION, and it's respective agents, servants and/or employees operated the aforesaid Premises and appurtenances together with all business activities conducted therein.

      6.     At all times herein mentioned, upon information and belief, Defendant, TARGET

CORPORATION, and it's respective agents, servants and/or employees maintained the aforesaid Premises and appurtenances together with all business activities conducted therein.

7. At all times herein mentioned, upon information and belief, Defendant, TARGET CORPORATION, and it's respective agents, servants and/or employees controlled the aforesaid Premises and appurtenances together with all business activities conducted therein.

8. At all times herein mentioned, upon information and belief, Defendant, TARGET CORPORATION, and it's respective agents, servants and/or employees managed the aforesaid Premises and appurtenances together with all business activities conducted therein.

9. That on or about July 3, 2020, Plaintiff, GEORGE MAZZELLA, was lawfully and properly present at the subject premises.

10. That Defendant, TARGET CORPORATION, it's respective agents, servants and/or employees held out to Plaintiff, GEORGE MAZZELLA, and others similarly situate that the premises and appurtenances were safe for entry and/or use and free from any and all dangers, defects, hazards and/or risk of harm to those lawfully entering and coming upon its premises.

11. That Defendant, TARGET CORPORATION, it's agents, servants and/or employees held out to Plaintiff, GEORGE MAZZELLA, and others similarly situate that the premises and appurtenances were safe for entry and/or use and free from any and all dangers, defects, hazards and/or risk of harm to those lawfully entering and coming upon its premises.

12. That on or about July 3, 2020 and prior thereto Defendant, TARGET CORPORATION, it's agents, servants and/or employees negligently, recklessly and/or carelessly operated, maintained, controlled, managed, kept, and/or inspected the subject premises and its appurtenances, more specifically the parking lot thereat, in that the same was permitted and/or caused to become and/or remain in such a dangerous, defective and/or hazardous

condition such that a specific portion of the subject parking lot contained a pot hole and/or was unlevel, thereby causing Plaintiff, GEORGE MAZZELLA, to violently trip and fall to and against the ground thereby causing said Plaintiff, GEORGE MAZZELLA, to sustain severe, serious and permanent personal injuries as hereinafter set forth and which required the aid of medical attention and assistance and which incapacitated him.

13. That the aforesaid occurrence was due solely to the negligence of the Defendant, TARGET CORPORATION, and without any contributory negligence on the part of the Plaintiff, GEORGE MAZZELLA.

14. That at all times herein mentioned Defendant, TARGET CORPORATION, represented to it's invitees, guests and all others similarly situated and particularly this Plaintiff that the aforementioned premises and its appurtenances were in a good state of repair and free from all dangerous, defective and hazardous conditions when in fact this was not the case.

15. That Defendant, TARGET CORPORATION, had actual and constructive notice of the subject condition yet failed to remedy the subject dangerous, defective and hazardous thereby causing the subject occurrence.

16. That Plaintiff, GEORGE MAZZELLA, injuries were a direct and proximate result of the negligence of Defendant, TARGET CORPORATION, and without any negligence on the part of Plaintiff contributing thereto.

17. That solely as a result of the Defendant's aforesaid negligence, Plaintiff, GEORGE MAZZELLA, has been obliged to seek and obtain medical attention and may for the remainder of his natural life require medical consultations and attentions solely as a result of the Defendant's, TARGET CORPORATION, aforesaid negligence.

18. That solely as a result of the foregoing, Plaintiff, GEORGE MAZZELLA, has been

damaged in an amount exceeding the statutory limits of any lower court having jurisdiction over this matter and in an amount to be determined at the time of trial herein.

**WHEREFORE**, Plaintiff, GEORGE MAZZELLA, demands judgment over and against Defendant, TARGET CORPORATION, in an amount exceeding the statutory limits of any lower court having jurisdiction over this matter and in an amount to be determined at the time of trial herein, together with the costs and disbursements of this action.

Dated: October 22, 2020
      Merrick, New York

                              ROBERT K. YOUNG & ASSOCIATES
                              Attorneys for Plaintiff
                              2284 Babylon Turnpike
                              Merrick, New York 11566
                              (516) 826-8938

## ATTORNEY VERIFICATION

STATE OF NEW YORK ) 
) ss.:
COUNTY OF NASSAU )

KEVIN GEBHART, an attorney duly admitted to practice law in the courts of the State of New York, affirms under penalty of perjury the truth of the following:

1. That he is associated with Robert K. Young & Associates, P.C., the attorneys of record for the Plaintiff in the within action; that he has read the foregoing **SUMMONS WITH VERIFIED COMPLAINT** and knows the contents thereof; that the same is true to affirmant's knowledge, except as to the matters therein stated to be alleged on information and belief, and as to those matters, affirmant believes it to be true; and that the source of affirmant's knowledge and the grounds of belief as to those matters therein stated to be allowed on information and belief are correspondence, investigations and reports caused to be made by affirmant and submitted to him as attorney for the Plaintiff which he verily believes to be true.

2. That the reason this Verification is made by affirmant and not by the Plaintiff is because the Plaintiff does not reside within the County of Nassau where affirmant maintains his principal office.

Dated: October 22, 2019
Merrick, New York

_____
KEVIN GEBHART

Index No.:            Year:

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF SUFFOLK

GEORGE MAZZELLA,

                         Plaintiff,

    -against-

TARGET CORPORATION,

                         Defendants.

**ROBERT K. YOUNG & ASSOCIATES, P.C.**
Attorney(s) for PLAINTIFF
Office and Post Office Address, Telephone
2284 BABYLON TURNPIKE
MERRICK, NEW YORK 11566
(516) 826-8938
(516) 826-4456
FAX: (516) 826-8932

**SUMMONS AND VERIFIED COMPLAINT**

To
Attorney(s) for

Service of a copy of the within                  is hereby admitted.

Dated,

              Attorney(s) for

Sir: Please take notice
☐ NOTICE OF ENTRY
that within is a (certified) true copy of a
duly entered in the office of the clerk of the within named court on
☐ NOTICE OF SETTLEMENT
that an order           of which the within is a true copy will be presented for
settlement to the HON.                        one of the judges

of the within named Court, at
on the      day of        20     at     M.
Dated:

**COMPLIANCE PURSUANT TO 22 NYCRR § 130-1.1-a**

To the best of the undersigned's knowledge, information and belief formed after an inquiry reasonable under the circumstances, the within document(s) and contentions contained herein are not frivolous as defined in 22 N CRR § 130-1.1-a.

             JONATHAN VAN DINA, ESQ.
             ROBERT K. YOUNG & ASSOCIATES, P.C.

Yours, etc.
Robert Young & Associates
Attorney(s) for
Office and Post Address
2284 BABYLON TURNPIKE
MERRICK, NY 11566
(516) 826-8938
(516) 826-4456

To
Attorney(s) for